IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE ADAMS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv924-MHT |
| | ) | (WO) |
| THE CITY OF MONTGOMERY, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

Upon consideration of the parties' motions in limine (Doc. Nos. 66 & 70) and objections (Doc. Nos. 64, 65, 67 & 68), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than Friday, April 27, 2012, to attempt to resolve the motions and objections; and

(2) File a jointly prepared report by Tuesday, May 1, 2012, (a) as to which issues in the motions and objections are resolved and which ones remain unresolved

and (b), for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 24th day of April, 2012.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE