IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


WILLIE ADAMS,                    )
                                 )
     Plaintiff,                  )
                                 )        CIVIL ACTION NO.
     v.                          )          2:10cv924-MHT
                                 )             (WO)
THE CITY OF MONTGOMERY,          )
                                 )
     Defendant.                  )


## ORDER

It is ORDERED that defendant City of Montgomery's motion to strike Walter Lilley's deposition transcript from another suit (Doc. No. 103) is denied and its objection to the same (Doc. No. 103) is overruled, because the court did not rely on it in issuing its opinion and order on the work-product doctrine.

DONE, this the 29th day of May, 2012.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE