IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv924-MHT |
| | ) | (WO) |
| THE CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATIONS

The parties have stipulated to the following facts:

(1) On May 29, 2008, C. Michael McInnish notified Gail Gipson, Director of the Maintenance Department, that Willie Adams had filed a complaint of race discrimination with the City of Montgomery.

(2) On June 3, 2008, Walt Lilley prepared a report to be given to Gail Gipson, of the results from the internal-affairs investigation into the complaint filed by Willie Adams, which had been reviewed and approved, as of June 3, 2008, by Senior Staff Attorney C. Michael McInnish, who sent the report to Gail Gipson.