IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIE ADAMS,                  )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:10cv924-MHT
                               )          (WO)
THE CITY OF MONTGOMERY,        )
                               )
    Defendant.                 )
```

### ORDER

Upon consideration of the defendant's motion in limine (Doc. No. 194) and objection (Doc. No. 193), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than January 8, 2013, to attempt to resolve the motion and objection; and

(2) File a jointly prepared report by January 10, 2013 (a) as to which issues in the motion and objection are resolved and which ones remain unresolved and (b),

for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 2nd day of January, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**